

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00177-CV

_____

IN RE KEITH C. HAYNES, Relator

_____

Original Proceeding
432nd District Court of Tarrant County, Texas
Trial Court No. 1495333D

_____

Before Birdwell, Bassel, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Motion for Extension" to comply with the court's March 4, 2021 request to comply. The motion is GRANTED. Relator's "Supplement to Writ of Mandamus" received on April 12, 2021, is ORDERED filed on June 11, 2021.

The court has considered relator's petition and supplemental petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition and supplemental petition for writ of mandamus are denied.

Per Curiam

Delivered: June 17, 2021